JAMES F. DAVERN, Respondent, *v.* MATTHEW BREEN et al., Defendants, and WALTER DREW, Appellant.

*Davern* v. *Drew,* 153 App. Div. 844, affirmed.
(Argued March 10, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1913, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict in an action to recover for the plaintiff's wrongful and unlawful arrest at the instigation of the defendant Drew, by police officers purporting to act under the authority of a warrant from the governor of New York state, calling for the arrest of the plaintiff's brother, and for his improper arraignment before and commitment by a city magistrate.

*Paul Kieffer* for appellant.

*Sumner B. Stiles* and *P. Henry Delehanty* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.